

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00087-CV

| | | |
|---|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-HL 1 ASSET BACKED CERTIFICATES, SERIES 2007-HL1, Appellant | § | On Appeal from the 415th District Court |
| | § | of Parker County (CV20-1584) |
| v. | § | March 24, 2022 |
| KINGMAN HOLDINGS LLC AS TRUSTEE FOR THE SADDLE RIDGE TRAIL 705 4602 LAND TRUST, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's default judgment. It is ordered that the default judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee Kingman Holdings LLC as Trustee for The Saddle Ridge Trail 705 4602 Land Trust shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
     Justice Wade Birdwell